IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| PEOPLE OF GUAM, | CRIMINAL CASE NO. CM1059-11 |
| vs. | DECISION AND ORDER |
| SICKSON TONAW, | |
| Defendant. | |

In the interest of judicial economy and after reviewing the filed documents, the Honorable ELIZABETH BARRETT-ANDERSON is hereby *sua sponte* DISMISSING the case against Defendant Sickson Tonaw ("Tonaw").

Co-Defendant Skiny S. Soichy ("Soichy") and Defendant Tonaw were arrested on October 16, 2011 and a Magistrate's Complaint was filed on October 17, 2011 for both Co-Defendants. Defendant Soichy appeared for a Magistrate's Hearing on October 17, 2011, appointed counsel, and an arraignment was set for November 9, 2011. At the November 9, 2011 hearing Defendant Soichy was appointed new counsel and a continued arraignment was scheduled for November 23, 2011. On November 23, 2011, Defendant Soichy was again appointed a new counsel and a continued arraignment was scheduled for December 14, 2011. Defendant Soichy was finally arraigned on December 14, 2011.

On the other hand, Defendant Tonaw was never served a summons and has never been arraigned. There is a Declaration and Recommendation of Magistrate Court dated November 9, 2011 that says that Defendant Soichy failed to appear and a summons should be re-issued. This was a mis-statement as Defendant Soichy did appear on November 9, 2011. This is a clear violation of the rule announced in *People v. Rasauo*, 2011 Guam 14, therefore, the Court rescinds its previous statement that a new summons would issue for Defendant Tonaw.

Pursuant to *People v. Rasauo*, 2011 Guam 14 ¶ 16, the case against Defendant Tonaw is dismissed without prejudice.

**IT IS SO ORDERED** this 1st of March 2012.

I do hereby certify that the foregoing is a true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam.
Dated at Hagåtña, Guam

MAR 1 2012

Glenrie J. Mendiola
Deputy Clerk, Superior Court of Guam

**HONORABLE ELIZABETH BARRETT- ANDERSON**
Judge, Superior Court of Guam